EMILY A. FRANK, Appellant, v. MORRIS J. FRANK, Respondent.— Order unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Dore, JJ.

NICHOLAS PASCALE, Respondent, v. NEWS SYNDICATE Co., INC., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Dore, JJ.

In the Matter of the Application of JOSEPH KIMMEL, Petitioner, Respondent, for a Peremptory Order against EMPIRE STATE MOTION PICTURES OPERATORS UNION, INC., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Dore, JJ.

In the Matter of the Application of CHARLES RINDONE and Others, Petitioners, Appellants, for an Order Pursuant to Article 78 of the Civil Practice Act, against PAUL J. KERN and Others, as Members of the Municipal Civil Service Commission, and Another, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Dore, JJ.

ERNEST RUHMER, Respondent, Appellant, v. MENKES FEUER, INC., Appellant, Respondent.— Order unanimously affirmed, without costs. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Dore, JJ.

TEXTILE LOOMS, INC., Respondent, v. ERNEST R. WALDBURGER and LOUISE WALDBURGER, Copartners Doing Business under the Name of WALDBURGER AND HUBER, and ERNEST R. WALDBURGER, Individually, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Dore, JJ.

OLGA WYSHKYN and HARRY WYSHKYN, Appellants, and FAY BYRANS, Plaintiff, v. NATHAN RICHMOND and ANNA RICHMOND, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Dore, JJ.

JAMES J. P. CORRIGAN, as Trustee in Bankruptcy of Civil Employees Training, Inc., Appellant, v. CIVIL EMPLOYEES INSTITUTE, INC., Respondent, Impleaded with Another, Defendant.— Order so far as appealed from unanimously reversed, with ten dollars costs and disbursements to the appellant, and the motion for an examination before trial granted. The examination to proceed at least ten days prior to the trial. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Dore, JJ.